UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES M. ABERNATHY, HEATHER CLICK HUTTON, KERRIE INGLE, and COURTNEY CONAWAY on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUECROSS BLUESHIELD OF TENNESSEE, INC.<br><br>Defendant. | No.: 3:23-cv-322-CLC-JEM<br><br>JURY DEMANDED |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Heather Click Hutton, Kerrie Ingle, and Courtney Conaway (hereinafter "Plaintiffs"), on their own behalf and on behalf of all other similarly situated, move the Court for an order granting preliminary approval over the Class Settlement, filed contemporaneously under seal (the "Settlement" or "Settlement Agreement"). Specifically, Plaintiffs' motion requests an order: (1) conditionally certifying a Settlement Class for purposes of the Settlement Agreement only, pursuant to Rule 23(b)(3); (2) conditionally appointing Interim Class Counsel; (3) conditionally appointing Plaintiffs as Class Representatives; (4) preliminarily approving a proposed class action Settlement with Defendant, the terms of which are set forth in the Settlement Agreement, a redacted copy of which is attached hereto as **Exhibit 1**, with an unredacted copy filed under seal; (5) approving the proposed form and method of Notice to the proposed Settlement Class, a redacted copy of which is attached hereto as **Exhibit 2**, with

an unredacted copy filed under seal; and (6) scheduling a hearing date for the final consideration of the Settlement Agreement.

In support of this Motion, Plaintiffs submit their contemporaneously filed Memorandum of Law and declaration of Jesse D. Nelson, a redacted copy of which is attached as **Exhibit 3**, with an unredacted copy filed under seal.

RESPECTFULLY SUBMITTED,

*s/ Jesse D. Nelson*
JESSE D. NELSON (BPR # 025602)
CLINT J. COLEMAN (BPR # 038413)
EAST TENNESSEE EMPLOYMENT LAW
520 W. Summit Hill Drive, Suite 101
Knoxville, TN 37902
(865) 383-1053
jesse@ETNEmploymentLaw.com.com
clint@ ETNEmploymentLaw.com.com

*Attorneys for Plaintiffs and putative class*

CERTIFICATE OF SERVICE

I certify that this document or pleading was served via the Court's ECF Filing System on all the below counsel of record authorized and directed to receive such service. Dated: April 25, 2025.

Robert E. Boston
Joshua T. Wood
David J. Zeitlin
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
bob.boston@hklaw.com
josh.wood@hklaw.com
david.zeitlin@hklaw.com

*s/ Jesse D. Nelson*