UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES M. ABERNATHY, *on his own behalf and on behalf of others similarly situated, et. al.*, | ) ) ) ) Case No: 3:23-cv-322 |
| Plaintiffs, | ) ) Judge Curtis L. Collier |
| v. | ) ) Magistrate Judge Jill E. McCook |
| BLUECROSS BLUESHIELD OF TENNESSEE, INC., | ) ) ) |
| Defendant. | ) ) |

## **O R D E R**

Before the Court is a motion by Plaintiffs Heather Hutton, Kerrie Ingle, and Courtney Conaway for order preliminarily approving the Rule 23 settlement agreement in this action. (Doc. 36.) Plaintiffs also request that the Court approve the class-action settlement notice and conditionally appoint interim class counsel and class representatives. (*Id.* at 1.) Lastly, Plaintiffs request the Court to set a final approval and fairness hearing. (*Id.*) Defendant, BlueCross BlueShield of Tennessee, Inc., does not oppose the motion. (*See id.*)

For the reasons set forth in the accompanying memorandum, the Court **GRANTS** the motion (Doc. 36) and preliminarily approves the proposed settlement agreement (Doc. 36-1). The Court **APPROVES** the class-action settlement notice (Doc. 36-2) and **DIRECTS** the parties to provide notice of the proposed settlement to the class members. The Court **APPOINTS** Mr. Nelson and Mr. Coleman as co-lead class counsel and **APPOINTS** Plaintiffs as class representatives. The Court will hold a final approval and fairness hearing on **Thursday, October 16, 2025, at 2:00 p.m. Eastern Time** at the federal courthouse in Chattanooga, Tennessee.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**